IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEROME ADRIAN DAVID, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-534-SLP |
| SCOTT CROW, et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered August 18, 2021 [Doc. No. 26]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is adopted and Plaintiff's Motion for Injunctive Relief [Doc. No. 8] is DENIED as MOOT.

IT IS SO ORDERED this 15th day of September, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE