IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEROME ADRIAN DAVID, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. CIV-21-534-SLP |
| SCOTT CROW, et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Supplemental Report and Recommendation [Doc. No. 77] of United States Magistrate Judge Gary M. Purcell. Judge Purcell again recommends denying Plaintiff's Motion for Injunctive Relief [Doc. No. 50] on grounds his request for injunctive relief is moot because Plaintiff is no longer incarcerated at the facilities where his claims for injunctive relief arose.[1] Judge Purcell advised Plaintiff of his right to file an objection and further advised Plaintiff that failure to do so would result in a waiver of appellate review of the recommended ruling.

On June 27, 2022, Plaintiff sought an extension of time within which to file his objection to the Supplemental Report and Recommendation and was granted an extension of time until July 20, 2022 in which to do so. *See* Order [Doc. No. 94]. A review of the Court's docket shows that Plaintiff has not timely filed an objection to the Supplemental Report and Recommendation, nor has he sought any further extension of time within which

---

[1] Judge Purcell previously entered a Supplemental Report and Recommendation [Doc. No. 51] addressing Plaintiff's Motion, which the undersigned declined to adopt. *See* Order [Doc. No. 66].

to do so. Therefore, the Supplemental Report and Recommendation [Doc. No. 77] is ADOPTED and Plaintiff's Motion for Injunctive Relief [Doc No. 50] is DENIED AS MOOT.

IT IS SO ORDERED this 11th day of August, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE