# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEROME ADRIAN DAVID, | ) |
| Plaintiff, | ) ) ) |
| v. | )    Case No. CIV-21-534-SLP |
| SCOTT CROW, et al., | ) ) ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Third Supplemental Report and Recommendation [Doc. No. 97] of United States Magistrate Judge Gary M. Purcell.  Judge Purcell advised Plaintiff of his right to file an objection and further advised Plaintiff that failure to do so would result in a waiver of appellate review of the recommended ruling.  A review of the Court's docket shows that Plaintiff has not timely filed an objection to the Supplemental Report and Recommendation, nor has he sought any further extension of time within which to do so.  Therefore, the Third Supplemental Report and Recommendation [Doc. No. 77] is ADOPTED and Plaintiff's claims against Defendant Joe Allbaugh are dismissed without prejudice.

IT IS SO ORDERED this 12th day of August, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE